COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re 1301 Fannin Owner, LP

Appellate case number:   01-19-00119-CV

Trial court case number:  2017-61367

Trial court:                190th District Court of Harris County

Relator, 1301 Fannin Owner, L.P., has filed a petition for writ of mandamus challenging a December 3, 2018 order compelling relator to produce certain documents within 10 days of the parties executing a confidentiality agreement. The parties executed a confidentiality agreement on February 11, 2019. On February 21, 2019, the day the production was due, relator filed its petition for writ of mandamus and a related motion requesting an emergency stay of the December 3, 2018 order. Relator's motion for an emergency stay is DENIED.

In challenging the December 3, 2018 order, relator asserts in its petition that "[t]he former judge of the 190th District Court entered an order compelling production of information that exceeds the scope of discovery as set forth in the Texas Rules of Civil Procedure." Neither the petition nor the record indicates that relator requested the successor judge to reconsider the December 3, 2018 order. Accordingly, pursuant to Texas Rule of Appellate Procedure 7.2(b), the Court "abate[s] the proceeding to allow the successor to reconsider the original party's decision." TEX. R. APP. P. 7.2(b).

Within 15 days of this order, relator is directed to obtain a hearing date, if necessary, from the trial court coordinator and to notify all parties of such date. The hearing shall be set for a date no later than 30 days after the date of this order. The trial court coordinator shall advise the Clerk of this Court of the hearing date as soon as it is set.

Within 30 days of the date of this order, the trial court is directed to file a supplemental clerk's record or reporter's record documenting the successor's ruling.

This case is abated, treated as a closed case, and removed from this Court's active docket. This original proceeding will be reinstated on this Court's active docket when the successor respondent has reconsidered the original respondent's decisions and either party informs the Clerk of this Court of the ruling(s) with a certified copy of the order(s).

It is so ORDERED.

Judge's signature: ____/s/ Sarah Beth Landau_____
                                                      Acting individually


Date:  __February 22, 2019_____